UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CIVIL ACTION NO. 10-336-WOB-JGW

ANGELA POWELL-PICKETT                      PLAINTIFF

V.

A.K. STEEL CORP.                                DEFENDANT

### ORDER

On September 7, 2011, the Court granted a motion to withdraw by plaintiff's attorneys. Doc. 18. The Court directed plaintiff to notify the Court by November 7, 2011 of her new counsel or if she intended to proceed pro se.[1] *Id.* The Court vacated the discovery and dispositive motion deadlines pending entry of new counsel or plaintiff's submission of intent to proceed pro se.

Plaintiff sent a letter to the Court dated November 26, 2011 (presumably October 26, 2011) stating that she had been unable to find counsel but did not want to represent herself. This action was filed over seventeen months ago in May 2010 and discovery has not yet been completed. Since this case has been pending so long, the Court cannot continue to hold it in abeyance while plaintiff seeks counsel.

Accordingly, it is **ORDERED**:

1. Plaintiff is now proceeding pro se in this matter and all pleadings and correspondence should be sent to her at 1564 Nathanial Dr., Cincinnati, OH 45240; and

---

[1] Plaintiff's letter to the Court refers to an upcoming hearing. No hearing is scheduled for November 7–that date was only the cutoff for plaintiff to notify the court if she had obtained new counsel.

2. Discovery shall be completed by January 3, 2012, with joint or separate status reports to be filed that same date; and

3. Dispositive motions shall be filed by February 2, 2012; and

4. The Clerk of Court is directed to place the letter erroneously dated November 26, 2011 from plaintiff to the Court in the record of this action.

This the 2nd day of November, 2011.      s/ J. Gregory Wehrman
                                                                                                            J. GREGORY WEHRMAN
                                                                                                            United States Magistrate Judge